# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE BRAVO-MENDOZA,<br><br>                                  Petitioner,<br>vs.<br>UNITED STATES OF AMERICA,<br>                                  Respondent. | Civil No.    10-0995 WQH (POR)<br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

On May 6, 2010, Petitioner, a detainee in the custody of the Santa Ana jail in Orange County, California, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On May 19, 2010, this Court dismissed the case without prejudice for failure to satisfy the filing fee requirement. (*See* Order filed May 19, 2010 [Doc. No. 3]). In its May 19, 2010 Order, the Court informed Petitioner that, in order to have his case reopened he must either pay the filing fee or provide adequate proof of his inability to pay by July 12, 2010. (*Id.*)

On June 11, 2010, Petitioner filed an application to proceed in forma pauperis. According to the Prison Certificate and trust account statement, Petitioner has $20.09 on account at the institution in which he is confined. It appears Petitioner can afford the $5.00 filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no later than **August 8,**

/ / /

/ / /

1   **2010** provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a
2   copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee.
3     **IT IS SO ORDERED.**

4   DATED: June 28, 2010

6              **WILLIAM Q. HAYES**
           United States District Judge